UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CIV. ACTION NO. 3:26-00059 |
| VERSUS | JUDGE JERRY EDWARDS, JR. |
| TAMARA ANDRIANNE HAYNES HARDMON | MAG. JUDGE KAYLA D. MCCLUSKY |

## Judgment of Remand

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED that the above-captioned matter, *Louisiana v. Haynes Hardmon*, No. 2025-CR-274 (4th JDC Feb. 14, 2025) and *Louisiana v. Haynes Hardmon*, No. 2025-CR-2069 (4th JDC Jul. 10, 2025), is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1455(b)(4).

ALEXANDRIA, Louisiana, this 30th day of January, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE